UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

August 13, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )
                                       )
JAMES BROWN ,                          )
                                       )
            Defendant.                 )
_____)

Case No. 2:10-MJ-0240-2 DAD

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JAMES BROWN</u>, Case No. <u>2:10-MJ-0240-1</u>,

Charge <u>Title 18 USC §§ 1028, 1028A, 1029, 1343, 1956</u>, from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

   ✔   Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

       ✔   Unsecured Appearance Bond

       \_\_   Appearance Bond with 10% Deposit

       \_\_   Appearance Bond with Surety

       \_\_   Corporate Surety Bail Bond

       ✔   (Other)   <u>With pretrial services supervision and conditions of</u>

                       <u>release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 13, 2010</u> at <u>4:00</u> **pm** .

By _____
    Dale A. Drozd
    United States Magistrate Judge